RECEIVED IN
The Court of Appeals
Sixth District

JUL 0 2 2015

T⎯ ⎯ ⎯ ⎯ ⎯, T⎯ ⎯ ⎯,
D⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯, Clerk

# THE TURNER FIRM

**PO Box 100696**
**Fort Worth, Texas 76185**
*todd@theturnerfirm.net*

### TODD TURNER

---

June 20, 2015

Wood County District Clerk
PO Box 1707
Quitman, TX 75783

**Re:**     ***Steven Brown v. Tim Jackson Construction Co., Inc. et al.***
        *Appellant-Cause-No. 06-15-00023-CV*
        *Trial Court Cause No. 2013-116*

Dear Court Clerk:

      My office address and email have changed so please make sure your records accurately reflect same as I have recently received a document from months ago:

      The Turner Firm
      PO Box 100696
      Fort Worth, Texas 76185
      Todd@theturnerfirm.net

      Enclosed is the Clerk's Record fee of $233.00. Please contact the appellate court as soon as possible to notify them of this payment.

      If you have any questions, please do not hesitate to contact me.

Sincerely,

Todd Turner

cc:
Sixth Court of Appeals